UNITED STATES DISTRICT COURT  SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 18 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR562 CDP/NAB |
| EDDIE EARL JOHNSON, III, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about March 31, 2019, and through May 16, 2019, in St. Louis City, within the Eastern District of Missouri,

**EDDIE EARL JOHNSON, III,**

the Defendant herein, did knowingly possess one or more machineguns, that is, one or more conversion devises designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

JASON S. DUNKEL, #65886MO
Assistant United States Attorney