

(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

# Gun Gear: Watch Out for Cheap Chinese Knock-Offs

BY DAN ZIMMERMAN (HTTPS://WWW.THETRUTHABOUTGUNS.COM/AUTHOR/DANIEL-ZIMMERMAN/) | MAY 06, 2019 | 116 COMMENTS (HTTPS://WWW.THETRUTHABOUTGUNS.COM/GUN-GEAR-WATCH-OUT-FOR-CHEAP-CHINESE-KNOCK-OFFS/#COMMENTS)

FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.THETRUTHABOUTGUNS.COM/GUN-GEAR-WATCH-OUT-FOR-CHEAP-CHINESE-KNOCK-OFFS/)

TWITTER

LINKEDIN (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTPS://WWW.THETRUTHABOUTGUNS.COM/GUN-GEAR-WATCH-OUT-FOR-CHEAP-CHINESE-KNOCK-OFFS/&TITLE=GUN GEAR: WATCH OUT FOR CHEAP CHINESE KNOCK-OFFS - THE TRUTH ABOUT GUNS&SUMMARY=AN UPSTATE NEW YORK MAN GOT A KNOCK ON THE DOOR RECENTLY. WHILE THE DELIVERY MAN MAY HAVE LOOKED LIKE A BIG BROWN TRUCK DRIVER, HE WAS REALLY A FEDERAL AGENT. WHY? BECAUSE JONATHAN ROBERTS OF CANANDAIGUA HAD BEEN BUYING CHEAP, KNOCK-OFF GUN ACCESSORIES FROM CHINA. ROBERTS HAD BOUGHT GEAR TO MAKE A GLOCK INTO [...])

EMAIL (MAILTO:?SUBJECT=GUN GEAR: WATCH OUT FOR CHEAP CHINESE KNOCK-OFFS - THE TRUTH ABOUT GUNS&BODY=GUN GEAR: WATCH OUT FOR CHEAP CHINESE KNOCK-OFFS - THE TRUTH ABOUT GUNS HTTPS://WWW.THETRUTHABOUTGUNS.COM/GUN-GEAR-WATCH-OUT-FOR-CHEAP-CHINESE-KNOCK-OFFS/)

Courtesy wish.com

An upstate New York man got a knock on the door recently. While the delivery man may have looked like a Big Brown Truck driver, he was really a federal agent. Why? Because Jonathan Roberts of Canandaigua had been buying cheap, knock-off gun accessories from China.

Roberts had bought gear to make a GLOCK into a machine pistol.

From 13wham.com (https://13wham.com/news/local/feds-canandaigua-man-bought-illegal-gun-modifications-because-they-looked-cool):

Select Category

Email

SUBSCRIBE

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

During an interview, Roberts reportedly told investigators he ordered the packages off of the app "Wish" and that he was a collector. He reportedly told investigators he ordered the devices because he thought "they looked cool." ...

Roberts reportedly told agents "he ordered a lot of things on the Wish app, but most of it wasn't real or was junk," and he didn't think they would work, court papers state.

The feds searched his home.

Investigators say suppressors were found in Roberts' residence. He reportedly told them he built them as replicas and that they did not work.

We don't know where Robert got the suppressor parts, but we have a pretty good guess. In the interest of science, we downloaded the Wish app (https://www.wish.com/?&hide_login_modal=true) (shopping made fun) to see what we could see.

We couldn't find the gear to convert GLOCKs to fully automatic, but we found plenty of other interesting items.

Exhibit B

(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)



Earn 10% cash back. Learn more

tactics Gun Accessories 220mm 16mm air gun Five bowl Barrel Type Silencer Airsoft Suppressor

★ ★ ★ ★ ☆ (6)

**$20**                    **BUY**

Most of the suppressor parts say they're for airsoft. Uh huh.



(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

The openings in those K baffles are pretty big for airsoft guns, aren't they? Roberts told investigators that the suppressors he built didn't work. Did he really think they'd test his cans to see, or that it would make any difference?



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

There is no "Drarer" in Utah. Still, you know Wish sells great products,
because *everything* is rated either four or five stars!



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

That's a really nice fake AAC logo that's been spray-painted on that can.

Wish sells a lot more than just suppressors. They also hawk plenty of other cheap knock-offs like…holsters.

Exhibit B

 (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

It's *totally awesome* that you can earn 10% cash back by buying fake Serpas, isn't it?



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

That's a pirated Benchmade Infidel. A real one that's actually made in Oregon will run you $350 or more. Of course, the genuine article won't have a pot metal blade, comes with an actual edge on it and lasts more than two weeks before falling apart in your hand.

Exhibit B



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

That's a nice Ruger.



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

We're not sure what kept the Chinese factory from painting an EOTech logo on these fake "holographic reflex" sights, but it probably wasn't scruples.



(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

The factory obviously had no compunction about trying to pass these
pieces of junk off as genuine Leupold LCOs.

Courtesy Amazon (https://amzn.to/2H4UsBg)

Exhibit B

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(https://www.thetruthaboutguns.com/)
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

For reference, this is what a real LCO looks like. There are a lot of reasons the one made in Oregon costs $700 (quality, dependability, toughness, accuracy), not $43.

We were going to order a couple of these just to break them down and see what kind of junk goes into them, but we didn't want to encourage them by giving them even a few dollars.

Long story short, be very careful when looking for bargains through shady apps and web sites. We shouldn't have to say it, but we will: if it looks too good to be true, it probably is.

As Mr. Roberts, the New York stater, has found out, you can get yourself in a lot of legal hot water depending on what you buy.

> Court papers allege he told investigators he knew the devices he ordered online were illegal to be owner (sic) in New York, but added "he thought those types of things were cool because he is a collector." He reportedly added he thought they were legal because customs allowed them into the country.

That kind of explanation won't get you far with the ATF.

## COMMENTS

(http://mlxxxtimislegioix@gmail.wordpress.com)**Percy Kilbride (just sayin' Ma)…
(http://mlxxxtimislegioix@gmail.wordpress.com)** says:
May 6, 2019 at 10:15 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249938)

And how many Gun Owners on this Blogsite own a "Norinco" brand Firearm or buy their Gun Parts through "Alibaba" because their Cheap…

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249938#respond)**

**Geoff "I'm getting too old for this shit" PR** says:
May 6, 2019 at 13:50 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250054)

More 'wisdom' from mlxxxtimislegioix, who keeps changing the name it uses in TTAG…

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250054#respond)**

(http://mlxxxtimislegioix@gmail.wordpress.com)**Percy Kilbride (just sayin' Ma)…
(http://mlxxxtimislegioix@gmail.wordpress.com)** says:
May 6, 2019 at 14:47 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250080)

How are things in the Philippines "Geoff@PR".

(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?** (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
**replytocom=4250080#respond)**

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Geoff "I'm getting too old for this shit" PR** says:

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
May 6, 2019 at 8:29 (https://www.thetruthaboutguns.com/gun-gear-watch-out-
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250204)
for-cheap-chinese-knock-offs/

The Philippines?

And what is your fascination with using dozens of different names in TTAG?

That's just … Strange.

**possum, destroyer of arachnids** says:
May 7, 2019 at 02:33 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250385)

I had every Norinco gunm that Norinco made. Even the Norinco missaisle boat they sank with. Who's this alkibababbler guy, He sales cheap gunms?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250385#respond)**

**Anonymous** says:
May 7, 2019 at 22:51 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250866)

Thanks TTAG!

Ordering now!

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250866#respond)**

**TrueBornSonofLiberty** says:
May 6, 2019 at 10:16 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249939)

What's the over/under on sentencing, 7 years?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249939#respond)**

**Gov. William J Le Petomane** says:

Exhibit B



May 6, 2019 at 10:42 (https://www.thetruthaboutguns.com/gun-gear-
(https://www.thetruthaboutguns.com/)  watch-out-for-cheap-chinese-knock-offs/#comment-4249955)  **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
10 years is pretty standard for the feds. If you behave yourself you'll
be out in 9/1/2. (https://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
**cheap-chinese-knock-offs/?replytocom=4249955#respond)**  (mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**CC Coleman** says:

August 16, 2019 at 05:10
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/#comment-4313183)

Yes. Even if it was true he was making Airsoft Replicas the Feds
will shop this case to a Dunderhead Judge that does not know
whether to shit, shave, or get a haircut and claim "I have to follow
sentencing guidelines because I'm a lazy bastard" and hammer
this guy with the Max Time. This guy is boned!

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-**
**out-for-cheap-chinese-knock-offs/?**
**replytocom=4313183#respond)**

**jeromebill7718** says:

November 6, 2019 at 07:21
(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4371015)

Just what I was thinking. How many little
goth/snowflake/sjw/devil worshipping pegan hitsheds go
before the mean ol judge as a kid and swear they will grow
up to change the world by being a good judge…ill give you a
hint, its about the same as the CPS workers who got
spanked at school and home who will tell everyone that
spanking is child abuse even though it isnt. They never say if
the redness goes away in under a hour and there is no
bruise it isnt.

MAXAMUM SENTENCE…..NEXXXXXT……MAXAMUM
SENTENC…LUNCH….MAXAMUM SENTENCE…see you
tomorrow bailiff, im going gollll fiiiing, bam!

**Kyle** says:

May 6, 2019 at 11:25 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249980)

Prisoner Nation, at its finest.

We lock up a higher percentage of its population than almost
anywhere on earth.

Exhibit B


The Gulag Archipelago may soon need a sequel, and it will be written
(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
by an American author, so sad.



Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-gun-gear-watch-out-for-cheap-chinese-knock-offs/)
cheap-chinese-knock-offs/?replytocom=4249980#respond)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Conelrad** says:

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
May 6, 2019 at 23:31 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
cheap-chinese-knock-offs/#comment-4249991)

Part of that is because we genuinely have a lot of criminals in
this country. Granted, we could cut down the numbers with things
like drug legalization and getting rid of rediculous felonies and
process crimes, but even after all that we'd still have a pretty
large prison population. But that's actually not abnormal,
because the US is always unfairly compared to countries like
France, Britain or Germany. There's a big problem with that,
because US is nothing like those other countries. The US is much
more comparable in terms of things like
geography/demographics/history etc…, with countries like Brazil,
Mexico, China, and Russia. When compared that way, the US
starts to look much better in terms of crime.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4249991#respond)**

**John in AK** says:

May 6, 2019 at 23:52
(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4250367)

It's not only history, geography, or demographics; A lot of our
high rate of criminality is simply inherent in our free society
and our liberties.

The US is not nearly so tightly controlled as virtually any
other similar country, especially those of Yurrop; Yuroppean
countries that have outsourced their governments and even
their money to faceless bureaucrats in BELGIUM, fer
crissake, and produce little more than postage stamps,
cuckoo clocks, and fancy chocolate have relatively little
liberty compared to this one. Yuroppeans are so used to
having their daily lives controlled by government fiat that
they have little inclination to turn to criminality–especially
when they have a guaranteed job with a 37-hour work week,
a a lifetime pension, cradle-to-grave welfare, and mimes.

In the US, if things are running properly, individual citizens
are used to a great deal of personal liberty, and are free to
make many life choices that Yuroppeans are not; US citizens
can choose to be productive, to work, to accomplish
something with their lives–or they can be criminals. Or
politicians. Or Liberal Democratic Socialists, which is a
synonym for 'Yuroppean.'

Come to think of it, everything after 'criminals' is redundant.



(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

In any case, people who are free to make life choices, as are
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
US citizens, are also free to make BAD life choices. That fact
makes us unique.

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check this out on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/) **CC Colombia says:**
August 16, 2019 at 04:50
(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4313180)

Bollocks! "Americans are just more criminal in the World due
to our Freedom." "You need to compare the United States to
countries like China, Brazil, or Russia to get a fair
comparison on the percentage of the Population that is
Imprisoned." Bollocks! We have over SIX Million Laws on the
Books and a Police Force that has been Militarized with new
inductees Straight Outta Kicking in Doors in Iraq and
Afghanistan who think that Civil and Constitutional Rights
don't apply to them or they are just in the way. We need a
reset and Revolution to bring to heel those that have done
this to us and there is not enough rope or wood. Maybe
ELECTRIC BLEACHERS?

**neiowa** says:
May 6, 2019 at 23:46
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/#comment-4250364)

If the POS would stay in THIER country then the US taxpayer
wouldn't need to jail the SOBs.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4250364#respond)**

**Fit2Btyed** says:
May 6, 2019 at 10:17 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249940)

Buyer beware! The onus is totally on you. Pyramid Air has a great article
about silencers for air rifles/guns. It would be worth you while to educate
yourself and read this well written piece.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249940#respond)**



**The Crimson Pirate** says: **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
(https://www.thetruthaboutguns.com/)
May 6, 2019 at 10:17 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249941)
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Nothing new here except he got caught. (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Look up solvent traps and flash suppressors on ebay and amazon.
(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
**cheap-chinese-knock-offs/?replytocom=4249941#respond)**

(https://usconstitution.net/xconst_Am2.html)**WI Patriot**
**(https://usconstitution.net/xconst_Am2.html)** says:
May 6, 2019 at 11:03 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249966)

Don't forget about the maglite "conversions"…solvent trap adapters
have been around for a LONG time, just choose your barrel thread, and
they'll tell you the size oil filter you need…;)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
**cheap-chinese-knock-offs/?replytocom=4249966#respond)**

**uncommon_sense** says:
May 6, 2019 at 10:21 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249944)

If we decide not to buy this stuff, it should be because we think this stuff is
a bad value rather than because government has declared (by fiat) that this
stuff is contraband.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
**cheap-chinese-knock-offs/?replytocom=4249944#respond)**

**Hans** says:
May 6, 2019 at 12:48 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4250025)

Hear, hear, uncommon sens!

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
**cheap-chinese-knock-offs/?replytocom=4250025#respond)**

**neiowa** says:
May 6, 2019 at 23:49 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4250365)

How about because all this stuff is made the PLA thugs over their in
chicomland. The bastards are the ENEMY of the US and West. You
financing the them?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-**
**cheap-chinese-knock-offs/?replytocom=4250365#respond)**

 (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

**enuf** says:

May 6, 2019 at 10:28 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249948)

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

EOTech was having a lot of trouble with crappy Chinese knockoffs. They could look very real on the outside but o the inside was very low quality red dot electronics. People would try to send them in to EOTech for warranty repair!

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249948#respond)**

> (http://www.youtube.com/user/EJ20Legacy)**Jeremy S. (http://www.youtube.com/user/EJ20Legacy)** says:
>
> May 6, 2019 at 13:33 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250048)
>
> And there is zero recourse. They can rip it off 100%, use companies' registered trademarks in advertising it, etc etc, and there's nothing the US company can do about it.
>
> **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250048#respond)**
>
> > **Geoff "I'm getting too old for this shit" PR** says:
> >
> > May 6, 2019 at 13:52 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250055)
> >
> > Well, they can sue them, a lot of good that would do them. The knockoff companies change corporate names-identities frequently…
> >
> > **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250055#respond)**
> >
> > > **Sian** says:
> > >
> > > May 6, 2019 at 18:45 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250217)
> > >
> > > They have to because if they're caught the PRC will execute the factory managers.
> > > So they keep the paper trail short and indecipherable.
> > >
> > > > **neiowa** says:
> > > >
> > > > May 6, 2019 at 23:51 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250366)
> > > >
> > > > BS. It IS the PLA (R&D dept). Everything in chicoland is

Exhibit B



PLA (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Interesting article On The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Dyspeptic Gunsmith** says:

May 6, 2019 at 14:32 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250073)

Leupold has had the same issues with their scopes.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250073#respond)**

**Jim Warren** says:

May 6, 2019 at 10:29 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249949)

Stupidity should be painful.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249949#respond)**

**barnbwt** says:

May 6, 2019 at 10:41 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249954)

Think before attributing malice to innocent stupidity; why *wouldn't* those parts be for airsoft or replica guns? They don't have lawful civilian arms in China or most of its other markets, and no other place on the planet gives a damn about gun/etc mufflers besides our stupid asses. So yeah, those crappy soft-metal cans probably are only good for air rifles, replicas, and *maybe* rimfires (though your cleaning solvent will dissolve the baffles, so really not even then). "Fake silencers" don't really exist outside America, for the most part.

I thought we hated Bitchmade; who cares if Chicoms knock off their stupidly overpriced & dangerous designs.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249954#respond)**

**Geoff "I'm getting too old for this shit" PR** says:

May 6, 2019 at 12:58 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250031)

""Fake silencers" don't really exist outside America, for the most part."

Someone in TTAG awhile back claimed a 'disposable' rimfire can costs about 25 bucks, over-the-counter, in New Zealand…

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250031#respond)**



**Vannessa** says: (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
May 6, 2019 at 16:26
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250129)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
Well that is a little high, you can get them for <$40 USD.
https://www.seriousshooters.co.nz/silencer-mae-22-black-alloy- Gear: Watch Out for Cheap Chinese Knock-Offs
mighty-mouse-315238
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
(https://www.seriousshooters.co.nz/silencer-mae-22-black-alloy-
mighty-mouse-315238)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4250129#respond)**

>   **OBOB** says:
>   May 6, 2019 at 18:30
>   (https://www.thetruthaboutguns.com/gun-gear-watch-out-
>   for-cheap-chinese-knock-offs/#comment-4250207)
>
>   gotta use that link the next time some lib says "We should
>   do what new Zealand does!"
>
>   well start here…OVER the counter suppressors!

**Gov. William J Le Petomane** says:
May 6, 2019 at 10:48 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249958)

The local soybean farmers won't like this, but I think Trump should just
make the Chinese tariffs permanent.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249958#respond)**

>   **pwrserge** says:
>   May 6, 2019 at 10:55 (https://www.thetruthaboutguns.com/gun-gear-
>   watch-out-for-cheap-chinese-knock-offs/#comment-4249962)
>
>   Pretty much. Any losses we have in exports to china would be more
>   than offset to gains in domestic manufacturing. With modern
>   manufacturing processes, high-volume production can easily move to
>   the US without having to use the sorts of slave labor common in
>   China. Companies would have to live with longer product development
>   cycles and lifetimes, but that's hardly a serious issue. (And plugging
>   the sucking chest wound of Chinese IP piracy would more than make
>   up for the economic loss.)
>
>   **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
>   cheap-chinese-knock-offs/?replytocom=4249962#respond)**

Exhibit B

**Geoff "I'm getting too old for this shit" PR** says:
(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
May 6, 2019 at 13:00
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/) (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250032)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
The ChiComs would just move their high-volume manufacturing
to Mexico. (mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250032#respond)**

> **pwrserge** says:
> May 6, 2019 at 13:03
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250033)
>
> Maybe. But it would certainly help deal with the IP issues.
> One of the biggest disadvantages of "trade" with the CCP is
> the IP theft program that's basically run by their government.
> Moving their high volume production off-shore would also
> defeat the key goals of their economic programs.
>
> (http://mlxxxtimislegioix@gmail.wordpress.com)**Leslie**
> **(http://mlxxxtimislegioix@gmail.wordpress.com)** says:
> May 6, 2019 at 14:28 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250071)
>
> They already have! And to Central and South America too…
>
> (http://mlxxxtimislegioix@gmail.wordpress.com)**Hummm**
> **(http://mlxxxtimislegioix@gmail.wordpress.com)** says:
> May 6, 2019 at 11:17 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249977)

Really!/?
(https://aflcio.org/2016/10/12/six-facts-donald-trump-use-chinese-steel (https://aflcio.org/2016/10/12/six-facts-donald-trump-use-chinese-steel))

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249977#respond)**

> **pwrserge** says:



May 6, 2019 at 12:13 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250005) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
Broken link is broken. Also, AFLCIO is a leftist extortion racket. I don't really care what they have to say on any given subject.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250005#respond)**

---

**Conelrad** says:

May 6, 2019 at 11:57 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249995)

If the West in its entirety actually cared about the future, the very first thing they would do is boycott/sanction China as hard as they do to NK. It would hurt us, for a bit, but we could get over it, and even continue to have lots of cheap Asian products by using a host of other Asian nations for that purpose. Meanwhile this would hurt China greatly. We could also do well by exploiting the rift between Russia and China better. They actually hate eachother and are only "allies" out of desperation.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249995#respond)**

**Gov. William J Le Petomane** says:

May 6, 2019 at 12:03 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249999)

It's like every time we shop at Dollar General we get ripped off but we keep going there even though there's a Dollar Tree two blocks down. It doesn't make any sense.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249999#respond)**

**Logan** says:

May 6, 2019 at 13:10 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250035)

Don't shop at either so your comment makes no sense.

**Miner49er** says:

May 6, 2019 at 13:36 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250050)



Walmart will not allow an embargo on Chinese goods. The billionaires are making far too much money, don't be fooled by the kabuki dance around US China trade. Working folks are being manipulated by the international business interests, farming us like cows, reaping debt service and interest on resources owned by the people.

It's not Democrat versus Republican, it's wealthy versus the rest of us.

We pay taxes to buy the weapons used to secure the multinational corporation's resource theft throughout the world. And they use American troops in 120 different countries to secure their interests. Just ask general Smedley Butler about working as a security guard for big business.

And always, it's poor working folks who bear the financial burden and pay the blood price to secure the profits for the military industrial complex.

As a great American philosopher once said "they draft the white trash first round here anyhow"

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250050#respond)**

> **Geoff "I'm getting too old for this shit" PR** says:
> May 6, 2019 at 14:32
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250072)
>
> "Walmart will not allow an embargo on Chinese goods."
>
> Allow?
>
> {Laughing hysterically}
>
> You really don't understand how thing work, do you?
>
> Remove your head from you ass, son. We know you like the smell, but you are in serious need of some education…

> **jwm** says:
> May 6, 2019 at 15:00
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250085)
>
> You tards love you some smedley butler. He worked as an officer in the corps for how many decades? Did he once say 'this is a racket and immoral' while an officer in the corps? He earned pay, benefits and priviliges the enlisted don't have. He could resign at any time. An option the grunts don't have.
>
> Only after he feathered his own nest did he speak out. His retirement and bennies were secure. Did he once refuse to cash a .gov check as a show of his moral outrage?



This cur that bit the hand of the master that fed him is who (https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs** you tards love to quote. You guys love you some two faced, dishonest folks.
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/) **neiowa** says:

May 6, 2019 at 23:56 (mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs (https://www.thetruthaboutguns.com/gun-gear-watch-out-https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250308) for-cheap-chinese-knock-offs/)

So speaks Miner the Marxist. Bernie (or the other 20 demtards) will just do it more betterer that Lenin, Uncle Joe, Mao etc. Caus they got their commie BS in US grad school.

    **Ted** says:

    May 8, 2019 at 22:29 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4251424)

    *IIt's not Democrat versus Republican, it's wealthy versus the rest of us.*

    no it is the employed working for a living vs the Democrat party parasites.

        **TrueBornSonofLiberty** says:

        May 8, 2019 at 22:31 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4251427)

        It's the filthy, subhuman democrat terrorists vs Americans.

**pwrserge** says:

May 6, 2019 at 10:53 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249959)

Just more proof that the NFA has to go. I can easily CNC / Laser cut / 3D print everything I need to make a Glock or AR giggle switch. More or less anyone with a desktop combo machine can. The designs are not mechanically complex and, realistically, low use suppressors are even easier. (Nobody cares if your baffles melt after a hundred rounds if all you have to do is punch out the material from the tube and just print new baffles.)

Thankfully, with the advances of at home computer driven manufacturing, the genie is out of the bottle. We'll see how long it takes the law to catch up to the reality.

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs** (https://www.thetruthaboutguns.com/)

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249959#respond)** (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**strych9 says:**

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs

May 6, 2019 at 16:08 (https://www.thetruthaboutguns.com/gun-gear-
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/) watch-out-for-cheap-chinese-knock-offs/#comment-4250111)

Fair point.

The price on gas shielded laser cutters needs to come down a fair way to make this feasible for most people who would want to work with anything past steel, which is where you're going with an AR.

That said, if there's demand it will happen to a large degree, though the price of argon (and probably $CO_2$ as well) will skyrocket that's comparatively minor. A decent computer driven oxytorch based table cutter is 1/3rd of what it used to be. Still $10-$15K new depending on what you want, but well taken care of models can be had for the price of a used motorcycle, non-Harley, at this point.

For a Glock though, that's comparatively cheap.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250111#respond)**

**pwrserge** says:
May 6, 2019 at 16:48
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250147)

You can easily cut steel with diode lasers. Only consumable is electricity and the life of the diode. (Generally good for ~50k hours)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250147#respond)**

**Geoff "I'm getting too old for this shit" PR** says:
May 6, 2019 at 18:40
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250212)

On a per-watt basis, aren't CO2 IR lasers cheaper for cutting?

**pwrserge** says:
May 7, 2019 at 11:14
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250508)

Not really my area of expertise. I know the latest YVQ4 and
(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
fiber lasers have zero problems cutting sheet steel.
(Anything thicker you're better off with a CNC anyway.)
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Newshawk** says:
May 6, 2019 at 10:54 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249960)

While I agree with most of the article, and the misidentification of a Beretta
as a Ruger, that item was a poster, not the actual firearm.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249960#respond)**

**Sean G./The Rookie** says:
May 6, 2019 at 10:54 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249961)

Mixed feelings about this story. The guy was cringe-level stoopid for
thinking he'd get away with it, no question. But I happen to think the laws
making it illegal for him to order those items are even stoopider.

I wonder if they'll start busting people who buy oil filters across state
lines?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249961#respond)**

**Doesky2** says:
May 7, 2019 at 12:18 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4250540)

If i'm on the jury he walks.
Because Brennan, Clapper, Strouke, and Comey, and all the rest of the
deep state.

I'll also lie like hell to get onto the jury.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4250540#respond)**

(https://usconstitution.net/xconst_Am2.html)**WI Patriot
(https://usconstitution.net/xconst_Am2.html)** says:
May 6, 2019 at 11:00 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249963)

Everyone knows that china is the land of pirated goods...anything, just about anything can be had for a fraction of the price for the "real deal", but co ‸es at a real cost of safety, and where gun parts are concerned, I'm not one to risk my, or anyone around me safety...

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs** (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(https://www.thetruthaboutguns.com/) (http://www.facebook.com/share.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

R ly (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249963#respond)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**TomC** says:

May 6, 2019 at 12:38 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250017)

What most people complaining about Cheap Chinese Junk is that in far too many instances, those "fake" "knock-off" products come from the same factory that makes the "real" product or consist of components from the same suppliers that produce the components of the "real" product.

This is NOT to say that these products are the same as the "real" product — and the "knock offs" are typically made without the quality control of the "real" product, sometimes the "knock offs" are actually QC rejects from the "real" product assembly line.

Chinese factories making products for major companies have been known to run an occasional extra shift to crank out the same product 'off the books' for direct sale in competition with the "real" product. They have also been known to repackage and sell batches that were rejected by the major company QC inspectors.

China is absolutely capable of producing top quality products (you might be surprised at some of the products made in China without mentioning that fact in their advertising or packaging). The usual problem with Chinese products is NOT the quality of the design or even the quality of assembly, but a total lack of Quality CONTROL. The entire concept of CQ is virtually unheard of in Chinese manufacturing. The top name brands that use Chinese factories generally have on-site staff of their own people to monitor production and conduct QC. Other companies rely on QC inspection of products at the point of acceptance (either in China or the US) — and of course there are (generally smaller) companies selling Chinese-manufactured products with a policy of simply replacing any product that the customer notices is defective (this is basically the strategy used by many US firms regardless of where the product is made, because replacing a few defective products is cheaper than ensuring the products aren't defective in the first place)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250017#respond)**

**Geoff "I'm getting too old for this shit" PR** says:

May 6, 2019 at 13:16 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250036)



"Chinese factories making products for major companies have **Gun Gear: Watch Out for Cheap Chinese Knock-Offs** been known to run an occasional extra shift to crank out the same product 'off the books' for direct sale in competition with the "real" product."

Know it as a Ghost Shift.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250036#respond)**

---

**GlockMeAmadeus** says:

May 6, 2019 at 11:02 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249964)

Scored a Glock knockoff from that site for 49.00.

Under the thick black Krylon you can just make out "Remington RP9."

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249964#respond)**

---

**Timothy Toroian** says:

May 6, 2019 at 11:05 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249968)

I don't trust Chinese steel in knives let alone guns. I remember the soft Chinese M 14 receivers of the 80s. I order some things from China but nothing related to firearms or knives. The only clothing item I ever ordered fit in a strange way so no more of that.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249968#respond)**

(http://www.thetruthaboutguns.com)**Dan Zimmerman (http://www.thetruthaboutguns.com)** says:

May 6, 2019 at 11:30 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249984)

There are exceptions. There are very good Chinese OEM factories that put out excellent quality products. Take a look at Kizer knives some time. You'll be amazed by their quality.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249984#respond)**

**dph** says:

May 6, 2019 at 12:22 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250009)

....and at about the same cost of quality American made knives.



I'll stick with American made whenever I have a choice.

(https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?**(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
**replytocom=4250009#respond)**

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Mark N.** says:

(mailto:?subject=May 6, 2019 at 21:53 on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-          (https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/ #comment-4250028)          for-cheap-chinese-knock-offs/#comment-4250028)

I have a few pocket knives from a well known Oregon
company with Chinese made blades. I have no issue with
them. They are inexpensive, sharpen quickly to a razor's
edge, and have a lifetime warranty against manufacturing
defects.

**Erik Weisz** says:

May 8, 2019 at 03:08

(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4250904)

Sorry dude, but that's BS. "Quality American made knives"
START around $100 – any cheaper and they either aren't
really USA made, or aren't any definition of "quality" that I
know of. TOPS is probably the least expensive "quality"
American-made knife I can think of – all the others are WAY
more (but arguably not of any higher quality beyond the
steel used). CRKT and Kershaw both make very good knives,
with very good steels, in the very same Chinese factory. Cold
Steel, etc. ad nauseam – all Chinese made.
I have EDC'ed the same CRKT Ignitor T (still $29 at my local
Lowe's) for several years now, and while I would prefer a
nice American assisted-folder (or automatic), I haven't seen
anything better for under $250 IMO. I also EDC a TOPS/Al
Mar Sere, which I would call easily the best knife I have ever
owned.
I also EDC a stainless-steel flashlight I got through a group-
buy from China for $37 three years ago. It is still flawless
and has capabilities STILL unmatched (93+ CRI and 1400+
lumens with no hotspot on a 13350 or 13650) by ANY
flashlight under $200-$300 made anywhere at all. I got my
wife one, also in stainless but flame-colored for just a little
bit more. There are some extremely high-quality items made
in China, made with manufacturing and quality equal to the
best in the world, and almost always significantly less
expensive. I definitely prefer to buy American whenever
possible, but sometimes there is no such thing or it's priced
beyond reason. My choice at the time was either 'Chinese
flashlight' or 'useless flashlight' – the only American-made
flashlights I know of are handmade collector-queens
(believe me, it's a thing) for people with way more

Exhibit B

disposable income than me.

Anyway, try to buy an American-made cell phone – best I
could do was Finland. At least it's not Chinese.

**TRUTH GUNS** (https://www.thetruthaboutguns.com/) **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Conelrad** says:

May 6, 2019 at 14:13 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4250059)

Indeed. It's worth noting that history can play into our modern day
products. As you noted soft Chinese steel, and that's very much
historically correct. China has always produced soft steel just as
Japan has always produced very strong steel. When buying products
it's worth looking at and there is a reason why some cultures, (Japan,
Germany, US), typically produce better goods more efficiently.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4250059#respond)**

**Dyspeptic Gunsmith** says:

May 6, 2019 at 14:27
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/#comment-4250070)

China killed millions of her own people in the "Great Leap
Forward," trying to become the equal of western steel-producing
nations. The government tried to turn illiterate farmers into
steelworkers, who then produced nothing but crap pig iron, and
millions of people starved because the farmers should have been
farming.

One of the limiting factors in the production of gun barrels is the
source for quality steel. There are very few outfits left producing
"barrel quality" steel, and you have to buy said steel by the
truckload.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4250070#respond)**

**Southern Cross** says:

May 6, 2019 at 20:17
(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4250271)

While Mao had lots of ideas, he was not good at logistics.
The back yard steel was supposed to be made from nothing.
No thought was made about supplying these furnaces with
iron ore and coking coal. Farmers melted their tools and
machinery. Doctors melted their surgical instruments. All to
make a metal so useless it was described as "dog turds".

The real tragedy is this effort made the country worse off



than before.

(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Gov. William J Le Petomane** says:

May 6, 2019 at 21:10

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250317)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs

https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

It wasn't just the logistics, Mao's ideas sucked right out of the box. But then what do you expect from a Marxist?

**palt** says:

May 6, 2019 at 11:06 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249969)

To find the Glock "auto sear" you have to type in "flashlight parts".

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249969#respond)**

**C.S.** says:

May 6, 2019 at 11:07 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249971)

From a consumer protection perspective, why isn't there more down about the website?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249971#respond)**

**Dyspeptic Gunsmith** says:

May 6, 2019 at 11:09 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249974)

This is what happens when you trade with communists.

I really grow short of patience with people who think that trading with, and enriching, communists is ever a good idea. These people are called "free trade theorists" today.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249974#respond)**

**pwrserge** says:

May 6, 2019 at 11:12 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249976)

 **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

Free trade extremists fail to grasp the difference between free internal markets and free international markets. Free internal markets are an absolute necessity for a free state. Free international markets is how you get things like the Opium Wars.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249976#respond)**

(http://mlxxxtimislegioix@gmail.wordpress.com)**Hummm (http://mlxxxtimislegioix@gmail.wordpress.com)** says:

May 6, 2019 at 11:22 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249979)

Which Opium War? First one started in 1644…

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249979#respond)**

> **pwrserge** says:
>
> May 6, 2019 at 12:15 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250006)
>
> You're mistaking the start of the Qing dynasty with the "opening" of international "free trade" between Imperial China and England in the mid-1800s. Where the English "freely" traded opium to Chinese buyers in exchange for Chinese products while in the process destroying Chinese society. (Also one of my favorite arguments against drug legalization.)
>
> > (http://Mlxxxtimislegioix@gmail.com)**Hummm (http://Mlxxxtimislegioix@gmail.com)** says:
> >
> > May 6, 2019 at 12:41 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250018)
> >
> > First act of smuggling into the United States of Opium took place through the Port of San Francisco in 1870, and the US Government was the customer…
> >
> > > **pwrserge** says:
> > >
> > > May 6, 2019 at 13:05 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250034)
> > >
> > > Pretty sure smuggling on the east coast long predates the formation of the United States and continued right through to fairly modern times.

Exhibit B

 (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/) **(http://mlxxxtimislegioix@gmail.wordpress.com)Hummm (http://mlxxxtimislegioix@gmail.wordpress.com)** says:

(mailto:?subject=Check+out+this+link+on+The+Truth+About+Guns&body=Gun-Gear: Watch Out for Cheap Chinese Knock-Offs
May 6, 2019 at 13:44 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250076)
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

As I recall, though the Declaration of Independence was in July of 1775, the United States was the United States before 1783. Prior to that the American "Colonies" were still part of Great Britain, and ALL smuggling were either by the French or by Spain. Which in the latter case were still in control on Mexico…

**Conelrad** says:
May 6, 2019 at 14:18 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250066)

While what happened to China is a very argument in favor of not legalizing drugs, it also holds true that any given government cannot effectively control drugs or enforce prohibition. The most effective way to curb a societies appetite for drugs and alcohol isn't through state power, but actually child rearing and a strong moral value system in place. Or as it's often said, "it starts in the home."

(http://mlxxxtimislegioix@gmail.wordpress.com)**Hummm (http://mlxxxtimislegioix@gmail.wordpress.com)** says:
May 6, 2019 at 14:38 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250077)

In the last 243 years, how has you're perception of American Child Rearing worked out so far…

**jwm** says:
May 6, 2019 at 15:06 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250088)

Hummer. Long time since your trollness was around here.

American kids? The US is the best country in the world. You furren trolls are just jealous.



(https://www.thetruthaboutguns.com/)

**pwrserge** says:

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

May 6, 2019 at 16:51
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250150)

(http://www.facebook.com/share.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Conelrad

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

To be fair, the Chinese had very few problems before the British Navy started escorting entire cargo ships stacked with opium into their ports.

 

> **Gov. William J Le Petomane** says:
>
> May 6, 2019 at 17:26
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250172)
>
> Free trade extremists fail to grasp the fact that there is not and never has been such a thing as free trade anywhere on earth. We have low tariffs on Chinese goods while they simply refuse to allow most of our products into their country and they steal a half a billion dollars from us every year – not free trade. Canada was part of a thing called the North American Free Trade Agreement but they slapped a 270% tariff on our dairy products – not free trade. The EU taxes our auto imports at 4 times the rate we tax theirs – not free trade. There is no such thing as free trade.
>
> **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250172#respond)**

**Shire-man** says:

May 6, 2019 at 11:11 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249975)

He may be stupid for his actions but the people who wrote, passed and support theses laws are even moreso.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249975#respond)**

> **Moltar** says:
>
> May 6, 2019 at 11:20 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249978)

Thank God the idiot didn't actually install any of those parts or use those suppressors. The story could have turned out much worse for him and anyone close to him at the range when he let loose with his wish modded Glock.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249078#respond)** (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**glocksgoboom** says:

May 6, 2019 at 13:20 (https://www.thetruthaboutguns.com/gun-gear-
(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/
watch-out-for-cheap-chinese-knock-offs/#comment-4250043)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
YEAH!!
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

It's not like glocks need any help to go KABOOM!

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4250043#respond)**

**Matt H** says:

May 6, 2019 at 11:49 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249990)

I want to know why he talked to police.. A lawyer could have explained
away most of this stuff in court. Just because it could work doesn't mean
that is what it was for... I think the government would have to prove intent.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249990#respond)**

**Jedi Wombat** says:

May 6, 2019 at 11:56 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4249993)

No Sir, they would then get you for "construcrive posession". It's
garbage, but thats how they would nail you.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/?replytocom=4249993#respond)**

**Matt H** says:

May 6, 2019 at 16:46
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
cheap-chinese-knock-offs/#comment-4250144)

Then having a oil filter or a piece of metal could count as
constructive possession. The gray area of constructive
possession would need to be proved would it not? Again I think a
lawyer and a closed trap could have solved a lot of this guys
problems....

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4250144#respond)**

**CC Coleman** says:

August 16, 2019 at 05:26
(https://www.thetruthaboutguns.com/gun-gear-watch-out-
for-cheap-chinese-knock-offs/#comment-4313189)

Exhibit B



It sounds like the Feral Feds had a Hard On for him before this. Was he being watched because he said something they did not like? Boasting about his new FILTER coming in the mail? Telling Friends that were not his friends about the new Website he found that he could order ANYTHING from? Between them watching Social Media and Confidential Informants behind every bush to catch the next Walter White type... Meanwhile if the guy was buying a Fake Rolex everything would have been peachy with the Feral Feds.

**DrDKW** says:

May 6, 2019 at 11:56 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249992)

So what's the point? Is it illegal to buy and possess counterfeit items, or just to sell them?
Was he arrested for buying gun parts from China, or for illegal possession of State or Federally regulated items, regardless of where they come from?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249992#respond)**

**Vlad Tepes** says:

May 6, 2019 at 12:01 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4249997)

This the usual xenophobic Right Wing Hate article. Not that what was published is necessarily untrue rather it is what was NOT REPORTED. Example, from my own experience. I ordered some flip up see through scope caps for $2.00 and they paid the shipping all the way from China. I thought this cannot be true but what the hell I will only lose $2.00. I ended up getting the best made scope caps I ever bought in my life and far superior than some of the junk I had bought in the past that was American made. I immediately order a few more sets because when you find a good deal they usually get more expensive when people find out how good they are.

China is a big country and not everything they make is junk. As a matter of face most Japanese scopes and optical equipment including Nikon, Cannon etc etc now have Chinese made lens even though the company is technically still owned by the Japanese. For the last 60 some years that I know off major brand scope companies like Weaver, Zeis, Schmidt and Bender, Leupold and Bausch & Lomb and Redfield bought Japanese lens, today the companies still in business buy Chinese lenses so the next time some back woods moron says buy American made Scopes like Leupold tell the idiot they probably have the latest made batch of Chinese lens in

them. The March scopes that are stamped made in Japan and cost
upwards of $2,000 to $3,0000 depending on the model also have Chinese
made lenses in them.

I once bought a Korean made car and people warned me it would be junk. I
researched it and found the car was a Japanese clone ( Mitsubishi Company )
(Hyundai ) and it turned out to be the most reliable car I ever owned with
very low maintenance. A friend of mine had a similar experience with his
new Hyundai car. No problems, he loves it.

I once had the rare opportunity to examine "in person" a collection of
Chinese made pistols, some of which were knock offs of German and
Belgium made guns, some of which were a conglomeration of Europeans
designs and some that were of original Chinese design. They ranged from
junk to very well made depending on which Chinese Company had made
them. To say the designs were interesting and even innovative would be an
understatement.

A decade or so ago I examined a modern day knock off reproduction of the
.45 ACP Chinese Broomhandle Pistol which was originally made in China
and known as the Box Cannon. These modern made guns were not junk
and I now deeply regret not buying one as they are now no longer imported
and are expensive collectors items. I wish they had also made the .45 acp
Luger, they missed out on a great marketing opportunity.

Also about a decade ago the Chinese made a low cost knock off of the
Remington 870 shotgun and was sued successfully by Remington. The
lucky people who snapped them up have had no problems with them and
now they are no longer imported either. A friend of mine had one and when
he offered it to me I grabbed it at a give away price and it proved to be a
very good shotgun indeed.

I have a Chinese knock off gun of the FN .22 Automatic, its not as well
made as the original FN or Japanese made guns but it is serviceable. Also
my Japanese made Browning guns have fantastic workmanship in them
and every bit as good as the much coveted FN made guns.

I have an American made Browning 9mm BDM that was made in the U.S,
its crudely made and no where near the workmanship of Japanese made
Browning guns.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4249997#respond)**

> **pwrserge** says:
> May 6, 2019 at 12:35 (https://www.thetruthaboutguns.com/gun-gear-
> watch-out-for-cheap-chinese-knock-offs/#comment-4250013)
>
> There's a difference between reputable companies who use Chinese
> suppliers and fly by night junk peddlers who hock garbage on shady
> websites. The former have extensive QC processes ensuring that the
> parts they get actually meet the quality standards they're looking for.
> The latter only care about turning out a few million bits of cheap
> plastic garbage, hocking said garbage on a website for a quick buck,
> then shutting down their company and production fast enough that
> when their angry customers figure out that their product is garbage,
> there's nothing they can do about it.

Exhibit B

 **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#reply13#respond)** **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
(https://www.thetruthaboutguns.com/)

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

 **Dyspeptic Gunsmith** says:

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

May 6, 2019 at 14:22 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250068)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs

https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

I've had those Chicom knock-off 870's in my shop. They're utter crap. The metal in them has plenty of flaws, and the construction is… to call it "slipshod" would be paying it high praise.

Every owner who has brought me one, hoping I could "fix it cheap" is told the same thing: "Put this one into your closet, and go buy another one. That way, you have enough parts to maybe keep one of them working."

We won't even start on the M14 clones…

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250068#respond)**

 **Political gristle** says:

May 6, 2019 at 12:08 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250001)

Hey guys! Check out my new Glok 7 .9mm
From China, the slide is made from the same material, ceramic insulators that were used on telegraph lines from the 1860's, it was only $49.99
Can't wait to go to the range to try it out

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250001#respond)**

**Dude** says:

May 6, 2019 at 12:33 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250012)

It isn't just shady sites like Wish. People have been getting knockoffs from Amazon as well.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250012#respond)**

**pwrserge** says:

May 6, 2019 at 12:36 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250015)

One of the many reasons to check the seller on Amazon before you buy. Most reputable companies have Amazon stores which make their products easy to tell apart from low-cost knockoffs.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250015#respond)**



**TomC** says: (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
May 6, 2019 at 12:52
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
(http://www.facebook.com/share.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
cheap-chinese-knock-offs/#comment-4250027)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
Buying anything on Amazon is like entering a raffle. You may get
what you thought you ordered from the company you thought you
(https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
ordered it from. Or you may get the "same" product from a totally
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
different supplier thanks to the "Fulfilled By Amazon" program. Or
you may get a product that had been previously sold on Amazon,
returned by the purchaser, and put back in stock for sale as new
(what do you think Amazon does with all those easy returns).

The trick to buying from Amazon is to recognize that you may get
complete garbage that you will need to return (sometimes more
than once) before you get an acceptable product.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
out-for-cheap-chinese-knock-offs/?
replytocom=4250027#respond)**

> **pwrserge** says:
> May 6, 2019 at 12:58
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-
> for-cheap-chinese-knock-offs/#comment-4250030)
>
> Interesting… I've never had that problem. Maybe I'm just
> lucky or maybe I just don't buy stuff on Amazon that is likely
> to be returned.

> **Dyspeptic Gunsmith** says:
> May 6, 2019 at 14:24
> (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-
> cheap-chinese-knock-offs/#comment-4250069)
>
> Excellent advice. I've seen people get counterfeit Starrett
> measurement instruments from Amazon because they didn't
> check out the seller closely enough.
>
> **Reply (https://www.thetruthaboutguns.com/gun-gear-watch-
> out-for-cheap-chinese-knock-offs/?
> replytocom=4250069#respond)**

**former water walker** says:
May 6, 2019 at 13:18 (https://www.thetruthaboutguns.com/gun-gear-
watch-out-for-cheap-chinese-knock-offs/#comment-4250041)

Ehhh…and I get lambasted because I don't buy chit on Amazon or the interwebz. I'll keep buying from local sellers and my Mexican-American mechanic & tire seller. And I gotta' guy for damn near everything I need or do…NO empathy.

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(https://www.thetruthaboutguns.com/)

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250041#respond)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**James Brown** says:

May 6, 2019 at 13:34 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250049)

Yes, you have to know the law. But there's no way I'm paying the price for a real Eotech to put on a kids airsoft.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250049#respond)**

**Jim from LI** says:

May 6, 2019 at 14:01 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250057)

Pardon my ignorance, but how much noise does an airsoft make that it would benefit from a suppressor?

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250057#respond)**

**KenW** says:

May 6, 2019 at 15:31 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250098)

I have Beeman break action Air Rifle that sounds like a .22 when fired with some types of pellets. Since it's the sound made when the projectile that is going faster than the speed of sound exits the barrel no suppressor is going to solve it.
Suppressors for Air Rifles and BB Guns are for looks.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250098#respond)**

**Hannibal** says:

May 6, 2019 at 14:17 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250063)

"Roberts told investigators that the suppressors he built didn't work. Did he really think they'd test his cans to see, or that it would make any difference?"

They will test them and it will make a difference. It's necessary under the elements of the crime. If it actually does not reduce the report of a shot (or can't fit any firearm) it can't be a silencer under federal law. Now, NY law might be a different story, who knows...

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
(http://www.facebook.com/share.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(https://www.thetruthaboutguns.com/)

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250063#respond)**

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

**Adam** says:
May 6, 2019 at 17:00 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250156)

I thought this was an article about Sig accessories.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250156#respond)**

**Docduracoat** says:
May 6, 2019 at 17:10 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250163)

There is no reason all the manufacturing can't be moved to another low cost country with good ports.
Vietnam comes to mind.
There is no reason entire factories couldn't be moved to Central America.
Giving the people jobs would also cut down on the caravan illegal migration.
All it would need is tariffs on China and trade agreements with Guatemala.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250163#respond)**

**GlockMeAmadeus** says:
May 6, 2019 at 17:37 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250178)

Reminds you of that old adage:

"If you want authentic pizza, youre gonna have to eat some sweaty guys arm hairs."

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250178#respond)**

**possum, destroyer of arachnids** says:
May 7, 2019 at 02:37 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4250386)

Hooooo Haaaaa, got busted buying sht off the internet, well who would have guessed that could every happen.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4250386#respond)**

Exhibit B



**CC Coleman** says: (https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**
August 16, 2019 at 05:34 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4313191)
(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Yes. You can import the wrong type of fruit, buy Night Vision equipment from overseas, or export certain military uniform items that are legal here and get busted for it. Hell it by some over zealous ass job Prosecutor.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4313191#respond)**

---

**Ozzallos** says:
May 8, 2019 at 20:05 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4251341)

Ah, the "all teh gear you buy has to be tier 0 operator quality!" crowd. No, somtimes i want to buy shit for cheap because shits gonna get beat up and its still cheaper to buy five of them if the other breaks.

I have serious gear. But play guns dont need super premium plastic buis or premo lights.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4251341#respond)**

---

**Greg** says:
May 8, 2019 at 21:43 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4251401)

There's no Drarer in Utah but there is a Draper, which is where the state prison is located.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4251401#respond)**

---

**enuf** says:
November 5, 2019 at 21:48 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4370859)

From the WGN news report:
————————
But officials said they don't know of a shooting where one was used, though that's the fear.
"All it could do is just harm more and more people," Cook County Sheriff Tom Dart said.
————————

No, it cannot do anything at all. A human person must do something. Something illegal and violent. This banned device, which every American is born with the right to own if they so desire, cannot hurt anybody.

Not by itself, not remotely possible.



Ignorant Hoplophobes!!!
(https://www.thetruthaboutguns.com/)   **Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4370859#respond)** aboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(https://www.thetruthaboutguns.com/) **jeromebill7718**
**(https://www.thetruthaboutguns.com/) says:**

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs
November 6, 2019 at 07:24 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)
https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4371017)

Say fucking Oregon one more fucking time muthafucka!

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4371017#respond)**

**Tom Thoelke** says:
December 4, 2019 at 21:47 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4392026)

Quality, reliability, dependability huh. Do you think Leupold and EoTech build their own circuit boards and internal electronics? The answer is NO. They don't get them from Japan either. Those would be much more expensive and cut into their profit margin. Their electronic components come from China. On top of that aircraft grade aluminum is the same no matter where you get it. The Chinese may not have the same QC standards as the American companies but I'm pretty sure if you weren't so afraid to test their merchandise you'd probably find out they match up fairly evenly. That's why Norinco and Polytech M14's are banned here in the USA. It's all about the money. Make too good a copy especially of a firearm or accessory manufactured by a well connected and deep pocketed company and you get banned or the Government stormtroopers come beating down your door. By well connected and deep pocketed I mean the companies who offer the biggest bribes and grease the gears of capitalism and democracy.

**Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4392026#respond)**

**Robert Deskins** says:
December 9, 2019 at 21:50 (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/#comment-4395590)

Don't listen to this guy about Chinese clone knives, if you want well made clones, with good materials you can buy them from China.
The good clones will cost between 50 – 300 dollars, I have 2 and they are fantastic. When using an established design and mass production with computer aided machines and & far less money for payroll they CAN sell good knives cheap cause you don't have to pay for the brand name.

Also, Benchmade is an asshole company that copy righted the word "Bali-Song" and then proceeded to sue every small business knife maker they could find using the traditional name balisong for knives they were selling and, their knives are garbage.
If you want a decent auto without spending too much money get a Paragon

or a Piranha if you got money get a Microtech or a Gavin Hawk Dead Lock- The Dead Lock is D.A. OTF with 0, absolutely 0, blade play……. This knife is so innovative the lock is in the blade!

**Gun Gear: Watch Out for Cheap Chinese Knock-Offs**

(https://www.thetruthaboutguns.com/) (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

Reply (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/?replytocom=4395590#respond) (https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article on The Truth About Guns&body=Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

## WRITE A COMMENT

Your email address will not be published. Required fields are marked *

**Comment**

**Name \***

**Email \***

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

POST COMMENT

## Resources & Links

**ABOUT US** (HTTPS://WWW.THETRUTHABOUTGUNS.COM/ABOUT/)

**CORRECTIONS POLICY** (HTTPS://WWW.THETRUTHABOUTGUNS.COM/CORRECTIONS-POLICY/)

*Email*

SUBSCRIBE

(https://www.thetruthaboutguns.com/)

ADVERTISE (HTTPS://WWW.THETRUTHABOUTGUNS.COM/?TAG-ON-TTAG/)

PRIVACY POLICY (HTTPS://WWW.THETRUTHABOUTGUNS.COM/PRIVACY-POLICY/)

CONTACT US (HTTPS://WWW.THETRUTHABOUTGUNS.COM/CONTACT-US/)

RSS FEED (HTTPS://WWW.THETRUTHABOUTGUNS.COM/FEED/)

WRITE FOR US (HTTPS://WWW.THETRUTHABOUTGUNS.COM/WRITE-FOR-US/)

DO NOT SELL MY PERSONAL INFORMATION (HTTPS://WWW.THETRUTHABOUTGUNS.COM/DO-NOT-SELL-MY-PERSONAL-INFORMATION/)

Gun Gear: Watch Out for Cheap Chinese Knock-Offs

(http://www.facebook.com/sharer.php?u=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(http://twitter.com/home/?status=https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(mailto:?subject=Check out this article: Gun Gear: Watch Out for Cheap Chinese Knock-Offs https://www.thetruthaboutguns.com/gun-gear-watch-out-for-cheap-chinese-knock-offs/)

(https://www.facebook.com/thetruth

(https://twitter.com/guntruth)

(https://www.instagram.com/gunt

©COPYRIGHT 2020, THETRUTHABOUTGUNS.COM ALL RIGHTS RESERVED.

Exhibit B