

# GLOCK AIRSOFT

These GLOCK™ aisoft pistols are Officially Licensed Products of GLOCK. A variety of GLOCK models are represented by the selection of CO2 and green gas operated GLOCK airsoft handguns from Elite Force Airsoft. Choose from a G17, G18C, G19, G19X, and even the G34. Choose the Generation of the GLOCK model air pistol you desire and be sure to order some Elite Force BBs that you'll know what's in your mag is the best 6mm BB offered.

SORT BY  Position

DISPLAY  24  PER PAGE







Exhibit C

**GLOCK G17 GEN 3 6MM AIRSOFT CO2 MAG - 14 ROUNDS**

**GLOCK G17 GEN 3 CO2 6MM AIRSOFT BB GUN : ELITE FORCE - UMAREX AIRGUNS**

$34.95

ADD TO CART

$129.95

ADD TO CART





**GLOCK G17 GEN 3 DELUXE CO2-6MM-BLACK**

**GLOCK G17 GEN 4 AIRSOFT CO2 PISTOL 6MM HANDGUN : ELITE FORCE - UMAREX USA**

Officially Licensed GLOCK 17 Gen4 CO2 Airsoft Pistol.

$224.95

ADD TO CART

$169.95

ADD TO CART



Exhibit C

### GLOCK G17 GEN 4 CO2 MAG - 6MM - 23 RDS

MAGAZINE 23-RDS FOR GLOCK G17 GEN 4 CO2 6MM

$44.95

ADD TO CART

### GLOCK G17 GEN 4 CO2 MAG - 6MM BLACK

$44.95

ADD TO CART



### GLOCK G17 GEN 4 CO2 POWERED 6MM AIRSOFT PISTOL : ELITE FORCE

Exhibit C

### GLOCK G17 GEN 4 GBB 6MM AIRSOFT PISTOL : ELITE FORCE - UMAREX

The GLOCK 17 Gen4 is just as popular and sought-after as the original, and is used by the British Army and many others.

**$159.95**

ADD TO CART

**$169.95**

ADD TO CART

### GLOCK G18 GEN 3 GBB EXTENDED MAG-6MM-BLACK

### GLOCK G18C GEN 3 GBB 6MM BLACK AIRSOFT PISTOL : UMAREX - ELITE FORCE

**$54.95**

**$199.95**

ADD TO CART

ADD TO CART



Exhibit C

### GLOCK G19 GEN 3 BB GUN .177 CO2 ACTION PISTOL HANDGUN : UMAREX AIRGUNS

GLOCK G19 GEN 3 BLACK .177 CALIBER CO2 BB PISTOL - 410 FPS

**$74.99**

ADD TO CART

### GLOCK G19 GEN 3 GBB AIRSOFT BB GUN PISTOL 6MM : ELITE FORCE - UMAREX

This Umarex airsoft replica G19 features the same ergonomics, function, and handling as its firearm counterpart and even comes in very close to the same weight.

**$169.95**

ADD TO CART



### GLOCK G19X CO2 MAG 6MM - COYOTE

Exhibit C

**GLOCK G19X GBB 6MM - COYOTE**

GLOCK G19X COYOTE 6MM GBB PISTOL - 300 FPS

$39.95

$179.95

ADD TO CART

ADD TO CART

**GLOCK G19X GBB MAG 6MM - COYOTE**

**GLOCK G19X GEN CO2 6MM - COYOTE**

$44.95

$129.95

ADD TO CART

ADD TO CART



Exhibit C

### GLOCK G34 GEN 4 DELUXE 6MM CO2 AIRSOFT PISTOL BLACK

### GLOCK 17 GEN3 BLOWBACK CO2 BB GUN ACTION PISTOL HANDGUN : UMAREX AIRGUNS

GLOCK G17 GEN3 BLACK .177 CALIBER CO2 BB PISTOL - 365 FPS

**$249.95**

[ ADD TO CART ]



### GLOCK 17 GEN4 BLOWBACK BB GUN ACTION PISTOL : UMAREX AIRGUNS

### GLOCK 17 GEN4 MAGAZINE 18-SHOT FOR BB GUN : UMAREX AIRGUNS

Exhibit C

**$129.99**

ADD TO CART

**$44.99**

ADD TO CART

SORT BY    Position

DISPLAY    24    PER PAGE

**CATEGORIES**

**BRANDS**

**POPULAR TAGS**

**CONTACT INFO**

**INFORMATION**

**RESOURCES**

**HELP**

**OPENING TIME**



Exhibit C

Copyright © 2020 Umarex USA. All rights reserved.

Powered by **nopCommerce**



Exhibit C