UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19CR562 CDP/NAB |
| | ) | |
| EDDIE EARL JOHNSON. | ) | |
| | ) | |
| Defendants. | ) | |

## **WITHDRAWAL OF PRETRIAL MOTIONS**

COMES NOW, Defendant, by and through counsel, and withdraws his previously filed motions in this case. The parties have reached an agreement in this case which makes it not necessary to litigate the issues raised in the pretrial motions. Should the court fail to accept the plea for any reason, Mr. Johnson may seek to refile the motions at that time.

Respectfully Submitted,

/s/ Kathryn B. Parish, 61781MO
Attorney for Defendant Eddie Earl Johnson
CARLYLE PARISH, LLC
3407 Jefferson, #128
Saint Louis, MO 63118
314-277-7670
Fax: 866-764-1249
Email: Kay@carlyleparishlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the court's electronic filing system on this 8th day of June, 2020 to be served upon all attorneys of record.

/s/ Kathryn B. Parish