UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:19-CR-00562-CDP |
| v. | ) | |
| | ) | |
| EDDIE EARL JOHNSON, III, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, via the United States Attorney for the Eastern District of Missouri, moves to dismiss the one-count indictment filed against the above-named defendant without prejudice. The Defendant consents to this dismissal and has agreed to enter a pretrial diversion program.

Respectfully Submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon: All Counsel of Record.

*/s/ Jason S. Dunkel*
Jason S. Dunkel #65886(MO)
Assistant United States Attorney